

# 11TH COURT OF APPEALS

## EASTLAND, TEXAS

## JUDGMENT

Shawn Cady,                              * From the 118th District
                                           Court of Howard County,
                                           Trial Court No. 43290.

Vs. No. 11-06-00252-CV                   * June 2, 2017

Gary Wampole,                            * Per Curiam Memorandum Opinion
                                           (Panel consists of: Wright, C.J.,
                                           Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of prosecution.  Therefore, in accordance with this court's opinion, the appeal is dismissed.